UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-CR-00145-JMS-TAB |
| | ) | |
| RADAR TYLER, | ) | |
| | ) | |
| Defendant. | ) | |

## Order Adopting Report and Recommendation

Having reviewed Magistrate Judge Debra McVicker Lynch=s Report and Recommendation that Radar Tyler's supervised release be modified, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders:

(a) Mr. Tyler shall reside for a period of 180 days at a Residential Reentry Center (RRC) as directed by the probation officer and shall observe rules of that facility, and

(b) Mr. Tyler shall participate in a program of mental health treatment as directed by the probation officer in addition to the treatment he has scheduled.

SO ORDERED.

Date: 03/26/2013

*[signature]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MaryAnn Totino Mindrum
Assistant United States Attorney
Maryann.mindrum@usdoj.gov

Michael Donahoe
Indiana Community Federal Defender
Mike_donahoe@fd.org

United States Probation Office

United States Marshal